## Joseph Castillo is a plaintiff in 5 cases.

| | | |
|---|---|---|
| 5:18-cv-00411-XR | Autry v. Pizza Hut of San Antonio, Inc. et al | filed on 5/05/2018 |
| 5:22-cv-00174-FB-RBF | Joseph Castillo v. Safaiz International Inc. | filed on 2/24/2022 |
| 5:22-cv-00184-JKP-HJB | Joseph Castillo v. JTPG Properties LLC | filed on 2/26/2022 |
| 5:22-cv-00241-XR-RBF | Castillo v. Bardoi Twins Ventures Llc | filed on 3/12/2022 |
| 5:22-cv-00301 | Castillo v. Sanchez et al | filed on 3/28/2022 |