UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSEPH CASTILLO, an individual, | * * * |
| PLAINTIFF, | * |
| v. | * |
| | * Case No. 5:22-cv-174 |
| SAFAIZ INTERNATIONAL INC, a domestic corporation, | * * * |
| DEFENDANT. | * * |

___

**NOTICE OF SETTLEMENT**
___

Plaintiff Joseph Castillo and Defendant, hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: September 16, 2022

>By:*/s/ Duncan Strickland*
>Duncan Strickland
>Counsel for Plaintiff
>State Bar No.: 24072374
>13423 Blanco Road
>San Antonio, TX 78216
>Telephone: (210) 504-7874
>Facsimile: (832) 218-4317
>E-mail: Duncan@TexasLandLordAttorney.com